# ALABAMA COURT OF CRIMINAL APPEALS



January 10, 2025

**CR-2024-0604**

Qualoe Boris Ford v. Alabama Board of Pardons and Paroles (Appeal from Montgomery Circuit Court:  CV-24-53)

## <u>NOTICE</u>

You are hereby notified that on January 10, 2025, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk